## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THEODORE FEDEROFF, *Individually and on behalf of all others similarly situated*,

      Plaintiffs,

  v.

GEISINGER CLINIC, *et al.*,

      Defendants.

No. 4:21-CV-01903

(Chief Judge Brann)

## ORDER

**AND NOW**, this 15th day of November 2021, **IT IS HEREBY ORDERED** that:

1.  Oral Argument on Plaintiffs' request for injunctive relief (Doc. 10), is scheduled for **November 19, 2021, at 10:00 a.m**., in Courtroom One, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, PA 17701.

2.  Counsel shall submit briefing on the legal issues outlined by the Court during the November 15, 2021 conference call by 4:00 p.m. on November 18, 2021.

3.  At the time of the argument, the parties may submit to the Court three (3) complete exhibit lists (see attached form) and one (1) complete set of exhibits for the Court's use, in addition to the original copies that

will be offered into evidence.  The lists and exhibits shall be contained in 3-ring binders. (At the conclusion of the hearing, counsel shall be responsible for assuming custody of all of their respective original exhibits.)  The parties may also submit to the Court two (2) copies of a concise Table of Authorities listing the legal sources on which they plan to rely in addition to their exhibit binders detailed above.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge

**Caption:**

**Case No:**

**Judge:**

**Date:**

## EXHIBIT LIST

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |