IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE FEDEROFF, *et al.*, | No. 4:21-CV-01903 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| GEISINGER CLINIC, *et al.*, | |
| Defendants. | |

## ORDER

**NOVEMBER 23, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Amended Complaint (Second) for Injunctive Relief (Doc. 14) is **DENIED**.

2. In so doing, the Court denies the Plaintiffs' requests for a temporary restraining order, a preliminary injunction, and a permanent injunction.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge