UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE FEDEROFF, ET AL., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GEISINGER CLINIC, ET AL.<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:　No. 4:21-CV-01903<br>:<br>:<br>:<br>: |

**DECLARATION OF STANLEY MARTIN M.D.**

I, Stanley I. Martin M.D., declare and state as follows:

1.　I am the Director for the Division of Infectious Diseases at Geisinger.

2.　I am board-certified in Infectious Diseases under the American Board of Internal Medicine.

3.　A true and accurate copy of my CV is contained at the end of this declaration.

4.　I personally have been involved with direct care of COVID-19 patients at Geisinger almost every week since the pandemic has begun in Pennsylvania.

5.　I have reviewed Plaintiffs' Complaint for Injunctive Relief filed at the above-referenced caption.

6.　I am submitting this declaration to be an Exhibit to Defendants' Response in Opposition to Plaintiffs' Complaint for Injunctive Relief.

7. Limiting transmission of SARS-CoV-2 in any healthcare system is critical to protect both patients and essential healthcare workers. Risk of infection for SARS-CoV-2 among those who are vaccinated and those who are unvaccinated remains significantly different. Unvaccinated individuals are at much higher risk of infection, hospitalization, and death (Griffin JB, et al. MMWR. 2021;70:1170 and Scobie HM, et al. MMWR. 2021;70:1284).

8. In August 2021, Geisinger adopted a mandatory COVID-19 Vaccination Policy applicable to all employees in order to protect vulnerable patients and healthcare workers. The benefits of vaccinating healthcare workers against COVID-19 have been demonstrated in large scale studies (Pilishvili T, et al. New Engl J Med. Jul 22;385:320) and Geisinger published data demonstrating a correlation with vaccination and decreasing rates of infection amongst their healthcare personnel (Martin SI, et al. New Engl J Med Catalyst. March 26, 2021, DOI:10.1056/CAT.21.0105).

9. Unvaccinated individuals remain the highest source of new infection and spread of the SARS-CoV-2 virus.

10. Having had infection with COVID-19 in the past does not confer long-term immunity and therefore the risk of spreading infection is still applicable to individuals who have had COVID-19 and recovered. Though these individuals may have temporary immunity, reinfection can occur typically after 90 days or longer.

Individuals who had COVID-19, recovered, and then went on to get vaccinated are far less likely to become infected again and suffer hospitalization compared to individuals who had COVID, recovered, and never went on to get vaccinated (Bozio CH, et al. MMWR. 2021;70:1539 and Cavanaugh AM, et al. MMWR. 2021;70:1081).

11. In advance of the Policy effective date, Geisinger sought to evaluate possible options for employees who did not receive a COVID-19 vaccination due to the ongoing high rates of infection in our communities and the risk of transmitting infection by unvaccinated staff.

12. Currently the rate of transmission of SARS-CoV-2 in Pennsylvania remains in what is deemed the "High" category (defined by the CDC as an average of $\geq$ 100 new cases/100,000 persons over 7 days and/or a rate of positivity among COVID tests of $\geq$ 10%). Current Pennsylvania data (as of 11/11/21) show new cases at 29,721 cases in last 7 days and a % positivity of tests averaging in the 8-9.9% range (https://covid.cdc.gov/covid-data-tracker/#county-view|Pennsylvania|Risk|community_transmission_level). This varies from county to county. Throughout the Geisinger health system, the % positivity rate has been 11.1% among COVID-19 tests since the pandemic began and in the last 7 days has been 14.7% (as of 11/11/21).

13. Given the higher risk of infection and transmission of infection by the unvaccinated, testing of vulnerable employees for infection due to SARS-CoV-2 is necessary. Short of vaccination, it appears to be the safest and least invasive approach to mitigating further spread of infection. The ideal timing of testing among individuals at high risk of infection is based on what we know about the natural history of the virus. Infected individuals are more likely to be contagious in the earlier stages of illness when viral RNA levels from upper respiratory specimens are the highest (Furukawa NW, et al. Emerg Infect Dis. 2020;26:Epub Jun 21, Zou L, et al. New Engl J Med. 2020;382:1177, and Jones TC, et al. Science. 2021;373 Epub May 25). These individuals may not even know they are infected because they are either asymptomatic or pre-symptomatic (meaning they will go on to develop symptoms in the coming 2-4 days on average).

14. Individuals infected with the delta variant of SARS-CoV-2 on average transmit the infection to 6-7 other individuals (https://context-cdn.washingtonpost.com/notes/prod/default/documents/8a726408-07bd-46bd-a945-3af0ae2f3c37/note/57c98604-3b54-44f0-8b44-b148d8f75165.#page=1). Currently, the delta variant makes up >99% of SARS-CoV-2 infections in Pennsylvania (https://covid.cdc.gov/covid-data-tracker/#variant-proportions). Testing-based screening strategies have the advantage of identifying asymptomatic or pre-symptomatic infections and thereby helping to limit the spread of infection.

4

Several studies have highlighted the limitations of symptom-based screening methods alone without testing because of the high proportion of asymptomatic cases (Dollard P, et al. MMWR 2020;69:1681 and Ng OT, et al. Lancet Infect Dis. 2021;21:333)

15. Screening for SARS-CoV-2 infection with serial viral testing is recommended in different healthcare settings to quickly identify cases so that infected individuals can be isolated, contacts can be quarantined, and outbreaks can be prevented (https://www.cdc.gov/coronavirus/2019-ncov/hcp/nursing-homes-testing.html). Similar strategies have been employed in other congregate environments, such as college campuses (Denny TN, et al. MMWR August 2-October 11, 2020). Some experts have proposed more widespread use of serial testing as a measure to slow community transmission, but often availability of testing can be a limiting factor.

16. Both nucleic acid amplification tests (NAATs) which detect viral RNA and antigen tests have been used for serial screening. Antigen tests are generally less sensitive than NAAT, but modelling studies have suggested that if the frequency of testing is sufficiently high (at least twice weekly), tests with lower sensitivity like an antigen test can be successfully used to reduce infection rates (Paltiel AD, et al. JAMA Netw Open 2020;3:e2016818 and Larremore DB, et al. Sci Adv 2021;7).

17. Identification of asymptomatic and pre-symptomatic infection among vulnerable unvaccinated healthcare workers allows infected individuals to quarantine, and potentially be treated, thus mitigating the spread to patients, other essential healthcare workers, and the public. It also allows for contact tracing, which has been shown to slow the transmission of SARS-CoV-2 and permits uninfected individuals in healthcare to continue to provide vital care to patients in the hospital or ambulatory setting.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**[SIGNATURE BLOCK TO FOLLOW]**

I declare under penalty of perjury that the foregoing affidavit is truthful and accurate to the best of my personal knowledge and belief.

Stanley I. Martin

Date: November 12, 2021

# Stanley I. Martin, MD, FACP, FIDSA

**DATE PREPARED:** June 10, 2021

**PART I: General information**

**Name:**             Stanley Ian Martin

**Office Address:**   Geisinger Medical Center
                      Division of Infectious Diseases
                      MC 21-54
                      100 N. Academy Ave.
                      Danville, PA 17822

**Phone:**            (570) 271-6408

**Email Address:**    smartin4@geisinger.edu

**FAX:**              (570) 214-2287

**Education:**

| | |
|---|---|
| 1991-1995 | B.S. (Biology), *Magna cum laude*, University of Tennessee |
| 1996-2000 | M.D. (Medicine), *Alpha Omega Alpha*, University of Tennessee College of Medicine |

**Postdoctoral Training:**

| | |
|---|---|
| 2000-2003 | Intern and Resident in Internal Medicine, Mayo Clinic, Rochester, MN |
| 2003-2006 | Fellow in Infectious Diseases, Harvard Combined Fellowship, Massachusetts General and Brigham and Women's Hospital, Boston, MA |

**Licensure and Certification:**

| | |
|---|---|
| 2003-2013 | American Board of Internal Medicine, Certification in Internal Medicine |
| 2005-Present | American Board of Internal Medicine, Certification in Infectious Diseases (recertified 2015) |
| 2015-Present | Commonwealth of Pennsylvania, MD454708 |

1

**Appointments:**

| | |
|---|---|
| 2003-2006 | Clinical and Research Fellow, Division of Infectious Disease, Massachusetts General Hospital, Boston, MA |
| 2004-2006 | Research Fellow in Medicine, Harvard Medical School, Boston, MA |
| 2005-2006 | Graduate Assistant, Division of Infectious Disease, Massachusetts General Hospital, Boston, MA |
| 2006-2012 | Assistant Professor of Clinical Internal Medicine, Division of Infectious Diseases, The Ohio State University Medical Center, Columbus, OH |
| 2012-2015 | Associate Professor of Clinical Internal Medicine, Division of Infectious Diseases, The Ohio State University Medical Center, Columbus, OH |
| 2015-Present | Director, Division of Infectious Diseases, Geisinger |
| 2018-Present | Clinical Professor of Medicine, Geisinger Commonwealth School of Medicine |

**Ancillary Appointments:**

| | |
|---|---|
| 2008-2012 | Block Leader, Host Defense Block, The Ohio State University College of Medicine |
| 2012-2013 | Program Director, Integrated Pathway Program, Med-2 students, The Ohio State University College of Medicine |
| 2012-2015 | Program Director, Infectious Diseases Fellowship Program, The Ohio State University Wexner Medical Center |
| 2014-2015 | Internal Medicine Clerkship Director, The Ohio State University College of Medicine |
| 2015-Present | Director, Antimicrobial Stewardship Program, Geisinger |
| 2016-Present | Medical Director, Infusion Center, Geisinger Medical Center |
| 2016-Present | Medical Director, Vitaline Geisinger Pharmacy Services |
| 2017-Present | Infectious Diseases Program Director, Select Specialty Hospital, Danville, PA |
| 2021-Present | Vice Chair, Clinical Affairs, Medicine Institute, Geisinger |

**Committee Assignments:**

### Chairmanships

| | |
|---|---|
| 2012-2015 | Chair, Executive Curriculum Committee, The Ohio State University College of Medicine |
| 2007-2011 | Chair, Clinical Council, Comprehensive Transplant Center, The Ohio State University Medical Center |

| | |
|---|---|
| 2008-2012 | Chair, Student Evaluation Subcommittee, Academic Standing Committee, The Ohio State University College of Medicine |
| 2015-Present | Chair, Antimicrobial Stewardship Program, Geisinger |
| 2017 | Chair, Infectious Diseases Council, International Society of Heart and Lung Transplantation |
| 2020-Present | Chair, Influenza Immunization Strategy Project, Geisinger |

**Committee assignments**

| | |
|---|---|
| 2006-2015 | Kidney transplant clinical care and quality assurance committee, Ohio State University Medical Center |
| 2006-2015 | Liver transplant clinical care and quality assurance committee, Ohio State University Medical Center |
| 2006-2015 | Lung transplant clinical care and quality assurance committee, Ohio State University Medical Center |
| 2007-2015 | Heart transplant clinical care and quality assurance committee, Ohio State University Medical Center |
| 2007-2014 | Antibiotics Committee, Ohio State University Medical Center |
| 2008-2015 | Practitioner Evaluation Committee, Ohio State University Medical Center |
| 2012-2015 | Graduate Medical Education Committee, Ohio State University Medical Center |
| 2012-2015 | Fellowship Director's Committee, Department of Internal Medicine, Ohio State University Medical Center |
| 2014-2015 | Finance Committee, Department of Internal Medicine, Ohio State University Medical Center |
| 2014-2015 | Promotion and Tenure Committee, Department of Internal Medicine, Ohio State University College of Medicine |
| 2016-2017 | Sepsis Steering Committee, Geisinger |
| 2016-Present | Pharmacy and Therapeutics Committee, Geisinger |
| 2017-Present | Laboratory Utilization Committee, Geisinger |
| 2018-Present | Infection Control Committee, Evangelical Hospital |
| 2020-Present | Site of Care Steering Committee, Geisinger |
| 2021-Present | System Emergency Management Committee, Geisinger |

**COVID-19 specific committee participation\***

| | |
|---|---|
| 2020-Present | Centralized COVID-19 Result Processing Committee, Geisinger |
| 2020-Present | COVID-19 Planning Committee, Geisinger |
| 2020-Present | COVID-19 Research Oversight Committee, Geisinger |
| 2020-Present | COVID-19 System Preparedness Committee, Geisinger |
| 2020-Present | Inpatient COVID-19 Management Protocol Committee, Geisinger |
| 2020-Present | Pennsylvania State University Student Testing Taskforce, Pennsylvania State University, State College, PA |

3

2020-Present  Distribution of Remdesivir Advisory Panel, The Hospital and Healthsystem Association of Pennsylvania (HAP), Harrisburg, PA
2020-Present  Schools and Universities Steering Group, Geisinger
2020-Present  COVID Vaccination and Distribution, Geisinger

*Does not include numerous other ad hoc committees organized by myself and others to address the COVID-19 pandemic at Geisinger and in the Commonwealth of Pennsylvania*

**National and international committee participation**

2008-2010    Ad hoc advisory committee on the development of a formal transplant infectious diseases fellowship, American Society of Transplantation
2009-2012    International Society of Heart Lung Transplant Infectious Diseases Council, Workforce Leader for Communications
2012-2015    International Society of Heart Lung Transplant Infectious Diseases Council, Workforce Leader for Standards and Guidelines
2015-2017    Vice Chair, Infectious Diseases Council, International Society of Heart and Lung Transplantation
2007-2017    Infectious Diseases Community of Practice, American Society of Transplantation
2012         Program Planning Committee, 2013 International Society of Heart and Lung Transplant Annual Meeting and Scientific Sessions in Montreal, Canada
2013         Program Planning Committee, 2014 International Society of Heart and Lung Transplant Annual Meeting and Scientific Sessions in San Diego, CA
2013         Abstract Selection Committee, 2014 International Society of Heart and Lung Transplant Annual Meeting and Scientific Sessions in San Diego, CA
2013         Milestones Planning Subcommittee, Infectious Diseases Society of America Fellowship Program Directors Committee
2013-Present Infectious Diseases Fellowship In-training Examination Committee, Infectious Diseases Society of America
2017-Present Antibiotic Stewardship Technical Expert Panel, AHRQ Safety Program for Antibiotic Stewardship, United States Department of Health and Human Services
2020-Present National Advisory Committee on Immunizations, American Medical Group Association (AMGA)


**Professional Societies:**

2003-        Mayo Clinic Alumni Association, Member
2003-        Infectious Disease Society of America, Fellow

4

2011-        Association of American Medical Colleges
2014-        American College of Physicians, Fellow

## Awards:

| | |
|---|---|
| 2000 | Gerald I. Plitman, M.D., Internal Medicine Award, University of Tennessee College of Medicine -- Award given to one student in the graduating class for outstanding intellectual and humanistic achievement in Internal Medicine |
| 2011 | Med 1 Integrated Pathway Outstanding Teaching Award for Academic Year 2010-2011 |
| 2012 | Med 2 Integrated Pathway Faculty Recognition Award for Pulmonary Block |
| 2012 | Travel Award, International Society of Heart Lung Transplant, 2012 Annual Meeting, Prague, Czech Republic |
| 2015 | Best Teaching and Learning Method, Host Defense Block, College of Medicine, Ohio State University College of Medicine |
| 2014 | Fellow, American College of Physicians |
| 2016 | Fellow, Infectious Diseases Society of America |
| 2016 | Excellence in Leadership Engagement Survey, Geisinger Health System |

## Reviewer for:

### Journals

| | |
|---|---|
| 2007 | Virus Research (Journal) |
| 2007 | Annals of Clinical Microbiology and Antimicrobials (Journal) |
| 2007-Present | American Journal of Transplantation (Journal) |
| 2007-Present | Transplant Infectious Diseases (Journal) |
| 2008 | The Journal of Respiratory Diseases (Journal) |
| 2008 | Infections in Medicine (Journal) |
| 2009 | Xenotransplantation (Journal) |
| 2009-2012 | Transplantation (Journal) |
| 2010 | Liver Transplantation (Journal) |
| 2011 | Clinical Transplantation (Journal) |
| 2011-Present | Journal of Heart Lung Transplantation (Journal) |
| 2013-Present | Clinical Infectious Diseases (Journal) |
| 2016-Present | Annals of Internal Medicine (Journal) |

### Abstracts for national meetings

| | |
|---|---|
| 2009 | Post-transplant lymphoproliferative disorders category, American Transplant Congress, Boston, MA |

| | |
|---|---|
| 2010 | Infectious Diseases category, International Society of Heart and Lung Transplantation, Chicago, IL |
| 2010 | Infections category, American Transplant Congress, Boston, MA |
| 2011 | Infections category, American Transplant Congress, Philadelphia, PA |
| 2012 | Infectious Diseases category, International Society of Heart and Lung Transplantation, Prague, Czech Republic |
| 2012 | Infections category, American Transplant Congress, Boston, MA |
| 2013 | Infectious Diseases category, International Society of Heart and Lung Transplantation, Montreal, Canada |
| 2013 | Post-transplant lymphoproliferative disorders category, American Transplant Congress, Seattle, WA |
| 2014 | Infectious Diseases category, International Society of Heart and Lung Transplantation, San Diego, CA |
| 2015 | Infectious Diseases category, International Society of Heart and Lung Transplantation, San Diego, CA |

**Clinical trials**

| | |
|---|---|
| 2012-2016 | Infectious disease complications, Bone Marrow Transplant CTN 0201 |

**Editorial responsibilities:**

**Newsletters**

| | |
|---|---|
| 2011-2016 | Associate Editor, International Society of Heart and Lung Transplantation Links Newsletter |

**Book and monograph chapters**

| | |
|---|---|
| 2010 | Subeditor, Monograph Series: Infections in Cardiothoracic Transplantation and Mechanical Circulatory Support. Martha Mooney, Margaret Hannan, Shahid Husain, James Kirklin, executive editors. 2010, vol. 5. Elsevier, Inc. New York, NY. |

**Media appearances:**

*Too numerous to mention—include discussion of Lyme disease, vaccinations, antibiotic use, and COVID for newspaper, radio, and television throughout the state of Pennsylvania and nationally with NPR radio, Good Housekeeping, and Forbes magazine.*

**National and International Presentations***

| | |
|---|---|
| 2010 | Moderator, Emerging infectious diseases: Donor management issues and recipient sequelae, International Society of Heart and Lung Transplantation, Chicago |
| 2011 | Co-Chair, Concurrent Session 38: Viral and genetic pieces in lung transplantation, International Society of Heart and Lung Transplantation, San Diego |
| 2011 | Presenter, Sunrise Symposium 09: Acid Fast and not so Fast Infections: You Make the Call, International Society of Heart and Lung Transplantation, San Diego |
| 2012 | Moderator, Bad Bugs – What Can We Do? Concurrent Symposium 16, International Society of Heart and Lung Transplant, Prague, Czech Republic |
| 2012 | Presenter, Concurrent Symposium 16: VRE and MRSA: Can They be Defeated? International Society of Heart and Lung Transplant, Prague, Czech Republic |
| 2013 | Presenter, Sunrise Symposium 14: Pretransplant infectious diseases evaluations: assessing risk and nipping it in the bud, International Society of Heart and Lung Transplant, Montreal, CA |
| 2013 | Presenter, Symposium: Infectious Complications of Immunomodulating Biologic Agents, ID Week, San Francisco, CA |
| 2014 | Presenter, Concurrent Session 11: Clinical Case Dilemmas in Thoracic Transplantation, International Society of Heart and Lung Transplant, San Diego |
| 2015 | Presenter, Pre-meeting Symposium 11: A Sticky Situation— Device infections and Biofilms, International Society of Heart and Lung Transplant, Nice, France |
| 2015 | Co-Chair, Concurrent Session 42: The Silent Partner, International Society of Heart and Lung Transplant, Nice, France |

*Local and state-wide presentations too numerous to list*

**Part II: Bibliography and research support**

**National and International Abstract Oral Presentations:**

1. Winters HA, **Martin SI**, Keating EA, Soufi-Siavash N, Goff DA. Extended-Spectrum β-Lactamase Bacterial Infections in Solid Organ Transplant Recipients. Abstract #22. American Transplant Congress 2008, San Francisco, CA USA
2. **Martin SI**, Wellington L, Sai-Sudhakar C, Firstenberg M, Blais D, Louis L, Sun B. Risk of infection after LVAD placement for long-term support. Abstract #7. International Society of Heart Lung Transplant 2009, Paris, France

7

3. **Martin SI**, Way D, Verbeck N, Nagel R, Davis JA, Vandre D. The impact of lecture attendance on how medical students evaluate faculty in a preclinical program. Association of American Medical Colleges Research in Medical Education 2011, Denver, CO USA
4. Assi M, **Martin SI,** Kaul DR, Sandid M, Wheat LJ and the Histoplasmosis Study Group. Histoplasmosis Following Solid Organ Transplantation. Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) 2012, San Francisco, CA USA
5. Theodoropoulos N, Basavaraju S, Dils D, Elkhammas E, Forbi JC, Hayden T, **Martin SI**, Pope-Harmon A, Shah PD, Whitson B, Suryaprasad A. Transmission of Hepatitis C virus from a deceased donor at increased risk of HCV infection with negative nucleic acid test screening at the time of organ donation. ID Week 2014, Philadelphia, PA USA
6. Drees D, Pouch S, Theodoropoulos N, Hasan A, Sai-Sudhakar C, **Martin SI**. Indium-111 Nuclear-Labeled Leukocyte Imaging in Mechanical Circulatory Support Infections. Abstract #378. International Society of Heart and Lung Transplant 2015, Nice, France

**National and International Abstract Poster Presentations:**

1. **Martin SI**, Dodson B, Wheeler C, Bendle M, Davis J, Pesavento T, Bumgardner G. Monitoring EBV Infection Among Seromismatch Adult Renal Transplant Recipients. American Transplant Congress 2009, Boston, MA USA
2. **Martin SI**, Winters H, Delahunty A, Lustberg M, Davis J, Andreoni K. Pre-Transplant Vancomycin-Resistant *Enterococcus* (VRE) Colonization In Liver Transplantation. American Transplant Congress 2012, Boston, MA USA
3. Abandeh FI, Lustberg M, Devine S, Elder P, Andritsos L, **Marin SI**. Stem cell transplant recipients with rhinovirus infection: A matched, case-control study. Infectious Diseases Society of America ID Week Conference 2012, San Diego, CA USA
4. Theodoropoulos N, **Martin SI**, Ho B, Ison M. Non-influenza Respiratory Viral Infections in Solid Organ Transplant Patients at Two Midwestern Transplant Centers, 2009-2012. American Transplant Congress 2013, Seattle, WA USA
5. Wu S, Theodoropoulos N, Andritsos L, Devine S, **Martin SI**. Adenovirus viremia in blood and marrow transplant recipients. Bone Marrow Transplant Tandem Meetings 2014, Grapevine, TX USA
6. Anwar A, Johnston J, Reed E, Stevenson K, Lustberg M, Devine S, Andritsos L, **Martin SI**. Antimicrobial use in patients with hematologic malignancies undergoing autologous hematopoietic stem cell transplant and clinical outcome. Bone Marrow Transplant Tandem Meetings 2016, Honolulu, HI USA
7. Gupta S, Bansal A, Newman E, **Martin SI**. Opportunities in the acute care setting for infectious diseases/hospitalist patient co-management. Infectious Diseases Society of America ID Week Conference 2017, San Diego, CA USA
8. Hudson SC, Manikowski JJ, Marko N, Conger A, **Martin SI**, Gatson N. Of competence and compromise: developing standards in the treatment of chronic

cryptococcal meningitis in non-HIV-infected patients. American Academy of Neurology 70th Annual Meeting 2018, Los Angeles, CA USA
9. Kwon T, Kilheeney KL, Kenyon SM, **Martin SI**, Shelly MA. Prevalence of SARS-CoV-2 Antibody in Healthcare Workers in Central Pennsylvania. Society for Healthcare Epidemiology 2021

**Local Abstract Poster Presentations**:

1. Goodman J, **Martin SI**. Histoplasmosis in solid organ transplantation at The Ohio State University Medical Center. The Ohio State University Medical Center Research Day 2009, Columbus, OH
2. **Martin SI**, Lustberg M, Davis J, Maher W, Koletar S. Measuring medical knowledge at the initiation of infectious diseases fellowship training. The Ohio State University College of Medicine Center for Education and Scholarship's first annual Excellence in Education Forum 2009, Columbus, OH
3. Narla R, **Martin SI.** Severe Group A *Streptococcus* infections- presentation, pathophysiology and immunotherapy. The American College of Physicians Ohio Chapter Conference, 2010, Columbus, OH
4. **Martin SI,** Verbeck N, Way D, Davis J, Vandre D. Analysis of how Med-1 students evaluate lecturers in the Integrated Pathway curriculum at the Ohio State University College of Medicine. The Ohio State University College of Medicine Center for Education and Scholarship's second annual Excellence in Education Forum 2010, Columbus, OH
5. Flahive C, Reed E, Taylor J, West J, Lustberg M, Stevenson K, **Martin SI**. Evaluation of the management of febrile neutropenia. The Ohio State University Medical Center Research Day 2013, Columbus, OH

**Original Articles Published:**

1. **Martin SI**, Mueller PS. A 39-year-old man with HIV and abdominal pain. *Mayo Clinic Proceedings*. 2003; 78: 1285-1288.
2. **Martin SI**, Kaye KM. Beta-lactam antibiotics: newer formulations and newer agents. *Infectious Disease Clinics of North America*. 2004; 18: 603-619.
3. **Martin SI**, Zukerberg L, Robbins GK. Reactive Epstein-Barr virus-related polyclonal lymphoproliferative disorder in a patient with AIDS. *Clinical Infectious Diseases*. 2005; 41: e76-79.
4. **Martin SI**, Marty F, Fiumara K, Gribben J, Treon S, Baden LR. Infectious complications of alemtuzumab in lymphoproliferative disorders. *Clinical Infectious Diseases*. 2006; 43: 16-24.
5. **Martin SI**, Wilkinson R, Fishman JA. Genomic presence of recombinant porcine endogenous retrovirus in transmitting and non-transmitting miniature swine. *Virology Journal*. 2006; 3: e91.
6. **Martin SI**, Sepehr A, Fishman JA. Primary infection with cytomegalovirus in ulcerative colitis. *Digestive Diseases and Sciences*. 2006; 51: 2184-2187.
7. Doucette K, Dor FJMF, Wilkinson RA, **Martin SI**, Huang CA, Cooper DKC, Sachs DH, Fishman JA. Gene expression of porcine lymphotropic herpesvirus-1

in miniature swine with posttransplant lymphoproliferative disorder. *Transplantation.* 2007; 83: 87-90.
8. **Martin SI**, Fishman JA. Cryptococcal meningitis: review of current disease management. *Infections in Medicine.* 2008; 25: 11-23.
9. Moffatt-Bruce S, Pope-Harman A, Nunley DR, **Martin SI**, Ross, P. Successful management of immunosuppression in a patient with severe hyperammonemia after lung transplantation. *Journal of Heart and Lung Transplantation.* 2008; 27: 801-803.
10. Sopirala MM, Pope-Harman A, Nunley DR, Moffatt-Bruce S, Ross P, **Martin SI**. Multi-drug resistant Acinetobacter baumannii pneumonia in lung transplant recipients. *Journal of Heart and Lung Transplantation.* 2008; 27: 804-807.
11. **Martin SI**, Fishman JA. Pneumocystis jiroveci. *American Journal of Transplantation.* 2009; 9 (S4): S227-S233.
12. Bazan JA, **Martin SI**, Kaye KM. Newer Beta-Lactam Antibiotics: Doripenem, Ceftobiprole, Ceftaroline, and Cefepime. *Infectious Diseases Clinics of North America.* 2009; 23: 983-996.
13. Mehmood S, Blais D, **Martin SI**, Sai-Sudhakar C. Heartmate XVE destination therapy for end-stage heart failure in a patient with human immunodeficiency virus. *Interactive Cardiovascular and Thoracic Surgery.* 2009; 9: 909-910.
14. **Martin SI**, Wellington L, Stevenson KB, Mangino JE, Sai-Sudhakar CB, Firstenberg MS, Blais D, Louis LB, Sun BC. Risk of infection after ventricular assist device placement for long-term support by body mass index and device type. *Interactive Cardiovascular and Thoracic Surgery.* 2010; 11: 20-23.
15. Kumar D, Michaels MG, Morris MI, Green M, Avery RK, Liu C, Danziger-Isakov L, Stosor V, Estabrook M, Gantt S, Marr KA, **Martin SI**, Silveira FP, Razonable R, Allen UD, Levi ME, Lyon GM, Bell L, Huprikar S, Patel G, Gregg K, Pursell K, Helmersen D, Julian K, Shiley K, Bono B, Dharnidharka VR, Alavi G, Kalpoe JS, Shoham S, Reid GE, and Humar A on behalf of the American Society of Transplantation H1N1 Collaborative Study Group. A Multicenter study of outcomes from pandemic influenza A/H1N1 infection in solid organ transplant recipients. *Lancet Infectious Diseases.* 2010; 10: 521-526.
16. Avery R, Clauss H, Danziger-Isakov L, Davis J, Doucette K, van Duin D, Fishman J, Gunseren F, Humar A, Husain S, Isada C, Julian K, Kaul D, Kumar D, **Martin SI**, Michaels M, Morris M, Silveira F, Subramanian A. Recommended curriculum for subspecialty training in transplant infectious diseases on behalf of the American Society of Transplantation Infectious Diseases Community of Practice Educational Workgroup. *Transplant Infectious Diseases.* 2010; 12: 190-194.
17. Bazan J, **Martin SI**. Ceftaroline fosamil: a novel broad-spectrum cephalosporin. *Drugs of Today.* 2010; 46: 743-755.
18. Firstenberg MS, Abel E, Blais D, Louis LB, Steinberg S, Sai-Sudhakar C, **Martin SI**, Sun B. The use of extracorporeal membrane oxygenation in severe necrotizing soft tissue infections complicated by septic shock. *The American Surgeon.* 2010; 11: 1287-1289.

19. Bazan JA, **Martin SI**, Kaye KM. Newer beta-lactam antibiotics: doripenem, ceftobiprole, ceftaroline, and cefepime. *Medical Clinics of North America.* 2011; 95: 743-760.
20. **Martin SI**, Dodson B, Wheeler C, Davis J, Pesavento T, Bumgardner GL. Monitoring infection with Epstein-Barr virus among seromismatch adult renal transplant recipients. *American Journal of Transplantation.* 2011; 11: 1058-1063.
21. Bazan J, **Martin SI.** Ceftaroline: a therapeutic option for community-acquired bacterial pneumonia. *Clinical Medicine Reviews in Therapeutics.* 2012; 4: 51-64.
22. Goodman JJ, **Martin SI**. Critical appraisal of ceftaroline in the management of community-acquired bacterial pneumonia and skin infections. *Therapeutics and Clinical Risk Management.* 2012; 8: 149-156.
23. **Martin SI**, Fishman JA. Pneumocystis jiroveci. *American Journal of Transplantation* 2013; 13 (S4): 272-279.
24. **Martin SI**, Way DP, Verbeck N, Nagel R, Davis JA, Vandre DD. The impact of lecture attendance and other variables on how medical students evaluate faculty in a preclinical program. *Academic Medicine.* 2013; 88: 972-977.
25. Abandeh FI, Lustberg M, Devine S, Elder P, Andritsos L, **Martin SI**. Stem cell transplant recipients with rhinovirus infection: A matched, case-control study. *Bone Marrow Transplantation.* 2013; 48: 1554-1557.
26. Assi M, **Martin SI,** Wheat LJ, et al and the Histoplasmosis Study Group. Histoplasmosis Following Solid Organ Transplantation. *Clinical Infectious Diseases.* 2013; 57: 1542-1549.
27. **Martin SI**. Infectious complications of mechanical circulatory support. *Current Infectious Disease Reports.* 2013; 15: 472-477.
28. Lustberg ME, Pelletier RP, Porcu P, **Martin SI**, Quinion CD, Geyer SM, Caligiuri MA, Baiocchi RA. Human leukocyte antigen type and posttransplant lymphoproliferative disorder. *Transplantation.* 2015; 99: 1220-1225.
29. Suryaprasad A, Basavaraju SV, Hocevar SN, Theodoropoulos N, Zuckerman RA, Hayden T, Forbi JC, Pegues D, Levine M, **Martin SI**, Kuehnert MJ, Blumberg EA. Transmission of hepatitis C virus from organ donors despite nucleic acid test screening. *American Journal of Transplantation.* 2015; 15: 1827-1835.
30. Young JH, Logan BR, Wu J, Wingard JR, Weisdorf DJ, Mudrick C, Knust K, Horowitz MM, Confer DL, Dubberke ER, Pergam SA, Marty FM, Strasfeld LM, Brown JM, Langston AA, Schuster MG, Kaul DR, **Martin SI**, Anasetti C. Infections following transplantation of bone marrow or peripheral-blood stem cells from unrelated donors. *Biology of Blood and Marrow Transplantation.* 2016; 22: 359-370.
31. **Martin, SI.** Note to self: Varicella zoster virus is still here. *Journal of Heart and Lung Transplantation.* 2016; 35: 1416-1417.
32. Theodoropoulos N, Whitson BA, **Martin SI**, Pouch S, Pope-Harman A. Successful treatment of donor-derived hepatitis C infection in a lung transplant recipient. Transplant Infectious Diseases. 2017; 19(2) Epub 2017 Feb 22.
33. Kusne S, Mooney M, Danziger-Isakov L, Kaan A, Lund LH, Lyster H, Wieselthaler G, Aslam S, Cagliostro B, Chen J, Combs P, Cochrane A, Conway J, Cowger J, Frigerio M, Gellatly R, Grossi P, Gustafsson F, Hannan M, Lorts A, **Martin SI**, Pinney S, Silveira FP, Schubert S, Schueler S, Strueber M, Uriel N,

Writing:

    Wrightson N, Zabner R, Huprikar S. An ISHLT consensus document for prevention and management strategies for mechanical circulatory support infection. Journal of Heart and Lung Transplantation. 2017; 36(10): 1137-1153.
34. Murphy K, Ryu J, Hess A, Gryboski SA, **Martin SI**. "Waiting for this day since March": Geisinger's COVID-19 vaccine program. New England Journal of Medicine Catalyst. December 22, 2020, DOI:10.1056/CAT.20.0683
35. **Martin SI**, Hess A, Vawdrey DK. Speed of Impact of Vaccination Campaign Within Geisinger's Workforce. New England Journal of Medicine Catalyst. March 26, 2021, DOI:10.1056/CAT.21.0105

**Letters to the Editor**

1. **Martin SI**. Muted, but not mute. *American Journal of Transplantation*. 2014; 14: 984.

**Book Chapters**

1. **Martin SI**, Fishman JA. Viral infections in hematopoietic malignancies and transplant recipients. 2009. Managing Infections in Patients with Hematological Malignancies. Michael Kleinberg, editor. Humana Press, Springer New York, New York, NY.
2. Goodman J, **Martin SI**. Cryptococcal meningitis. 2012. The 5-Minute Neurology Consult, 2nd Ed. Editors, Lynn DJ, Newton H, Rae-Grant A. Philadelphia: Lippincott, Williams and Wilkins.
3. **Martin SI**, Fishman JA. Infections in transplant recipients. 2013. Textbook of Internal Medicine: An Intensive Board Review with 1000 MCQ's. Editor, Ragavendra R Baliga. Blendon-Miller.
4. **Martin SI**, Fishman JA. *Pneumocystis* pneumonia. 2015. Fishman's Pulmonary Diseases and Disorders, 5th Ed. Editors, Grippi M, Elias J, Fishman J, et al. New York: McGraw-Hill.
5. **Martin SI**, Pancholi P. Cytomegalovirus. 2016. Clinical Virology Manual, 5th Ed. Editors, Loeffelholz MJ, Hodinka RL, Pinsky B, Young SA. ASM Press.

**Monograph Chapters**

1. **Martin SI**. Epidemiology of bacterial infection in cardiothoracic transplantation. ISHLT Monograph Series: Infections in Cardiothoracic Transplantation and Mechanical Circulatory Support. Martha Mooney, Margaret Hannan, Shahid Husain, James Kirklin, executive editors. 2010, vol. 5. Elsevier, Inc. New York, NY.
2. **Martin SI**. Toxoplasmosis and Strongyloidiasis. ISHLT Monograph Series: Infections in Cardiothoracic Transplantation and Mechanical Circulatory Support. Martha Mooney, Margaret Hannan, Shahid Husain, James Kirklin, executive editors. 2010, vol. 5. Elsevier, Inc. New York, NY.

**Research support:**

1. NIH Loan Repayment Program (9/2004-7/2006). Genomic presence of recombinant porcine endogenous retrovirus in transmitting and non-transmitting miniature swine. Role: PI
2. Astellas Pharma (2007). Protocol 20-05-002 and Mycosis Study Group Protocol MSG I-01, Multicenter clinical trial comparing voriconazole plus micafungin versus voriconazole plus placebo for the treatment of invasive pulmonary aspergillosis. Role: Site PI
3. Ansun BioPharma, Inc. (2013). An open label study to examine the effects of DAS181 administered by dry powder inhalation or nebulized formulation in immunocompromised subjects with parainfluenza infection. Role: Site PI
4. Ansun BioPharma, Inc. (2014). A phase II, randomized, double-blind, placebo-controlled study to examine the effects of DAS181 in immunocompromised subjects with lower respiratory tract parainfluenza on supplemental oxygen. Role: Site PI
5. AHRQ, Johns Hopkins, and NORC (2017-2018). The Comprehensive Unit-Based Safety Program (CUSP) for Antibiotic Stewardship. Role: Site PI
6. Sanofi (2018-Present). Expanded access ID Program to provide Stamaril Vaccine to Persons in the United States for Vaccination Against Yellow Fever. Role: Site PI
7. Regeneron (2020-2021). A Phase 3, Randomized, Double-Blind, Placebo-Controlled Study Assessing the Efficacy and Safety of Anti-Spike SARS-CoV-2 Monoclonal Antibodies in Preventing SARS-Cov-2 Infection in Household Contacts of Individuals Infected with SARS-CoV-2. Role: Site Co-PI