THEODORE FEDEROFF, ET AL.,                    :
individually and on behalf of all others      :
similarly situated,                           :        Civil Case No. 4:21-01903-MWB
                                              :
          PLAINTIFFS,                         :
                                              :
     v.                                       :
                                              :
GEISINGER CLINIC, a Pennsylvania              :
non-profit corporation; GEISINGER            :
MEDICAL CENTER, a Pennsylvania               :
non-profit corporation; GEISINGER            :
HEALTH PLAN, a Pennsylvania non-             :
profit corporation; GEISINGER                :
LEWISTOWN HOSPITAL, a                        :
Pennsylvania non-profit corporation;         :
GEISINGER WYOMING VALLEY                     :
MEDICAL CENTER, a Pennsylvania               :
non-profit corporation; GEISINGER            :
SYSTEM SERVICES, a Pennsylvania              :
non-profit corporation; GEISINGER            :
HEALTH SYSTEM; GEISINGER                     :
BLOOMSBURG HOSPITAL, a                       :
Pennsylvania non-profit corporation;         :
GEISINGER COMMUNITY MEDICAL                  :
CENTER, a Pennsylvania non-profit            :
corporation; GEISINGER                       :
POTTSVILLE CANCER CENTER;                    :
GEISINGER HAZELTON CANCER                    :
CENTER; GEISINGER MAIL ORDER                 :
PHARMACY; WEST SHORE                         :
ADVANCED LIFE SUPPORT                        :
SERVICES, INC., a Pennsylvania non-          :
profit corporation; and GEISINGER            :
SYSTEM FINANCIAL EDITS,                      :
                                              :
          DEFENDANTS.                         :

## AFFIDAVIT OF JENNIFER A. THOMAS

Jennifer A. Thomas Swears or affirms, under penalty of perjury, the following:

1.      I am an adult resident of the Commonwealth of Pennsylvania, residing in Orangeville, Pennsylvania.

2.      I was an employee of Geisinger

3.      I am a committed and practicing member of the Spiritual Journey Fellowship church.

4.      My sincerely held religious belief that prevents me from receiving an EUA approved only vaccine is  this is in direct violation of God as we are created in His image (Genesis 1:26-27). This said it is imperative I protect my body from anything unnatural and contrary to God's design. These vaccines are created from DNA/RNA material from aborted fetuses which is an abomination to my faith, beliefs, and morals.

5.      Based upon my sincerely held religious belief, I requested a religious exemption from Geisinger.

6.      When I received my conditional approval to the EUA approved only vaccines, I learned that unlike vaccinated individuals, I was going to be required to submit to EUA approved only PCR/Antigen tests twice weekly.

2

7.     My sincerely held religious belief that prevents me from receiving an EUA approved only test is <u>contrary to my beliefs as these tests contain known toxins and because of my belief that it is imperative I protect my body from anything unnatural and harmful as my body is a temple created by God.</u>

8.     As a result of my sincerely held religious belief, I was wrongfully discharged on <u>December 9, 2021.</u>

Signed on <u>January 4, 2022</u>
Name of Affiant (PRINT): Jennifer A Thomas
Signature of Affiant: Jennifer A. Thomas

NOTARY PUBLIC (PRINT): Abigail C Mensch
Signature of Notary Public:

> Commonwealth of Pennsylvania-Notary Seal
> ABIGAIL C MENSCH, NOTARY PUBLIC
> COLUMBIA COUNTY
> MY COMMISSION EXPIRES JULY 29, 2024
> COMMISSION NUMBER 1299844