## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE FEDEROFF, *Individually and on behalf of all others similarly situated*, | No. 4:21-CV-01903 |
| | (Chief Judge Brann) |
| Plaintiffs, | |
| v. | |
| GEISINGER CLINIC, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of June 2022, **IT IS HEREBY ORDERED** that:

1.  The Court will hold a telephonic status conference on **July 6, 2022 at 10:00 a.m.**

2.  Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772.  At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3.  The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside of their offices, I will permit such telephonic conference calls to be

made by cellular phone if that is the only means of telephonic

communication for counsel.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge