IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE FEDEROFF, *et al.*, | No. 4:21-CV-01903 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| GEISINGER CLINIC, *et al.*, | |
| Defendants. | |

## ORDER

**JULY 7, 2022**

**AND NOW**, **IT IS HEREBY ORDERED**, in accordance with the matters discussed during the parties' telephone status conference on July 6, 2022, that:

1. Plaintiffs may file an amended complaint on or before July 15, 2022; and

2. Defendants shall file a responsive pleading or motion, to be accompanied by a memorandum of law if applicable, on or before August 5, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge