IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE LYNN FINKBEINER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEISINGER CLINIC, *et al.*,<br><br>    Defendants. | No. 4:21-CV-01903<br><br>(Chief Judge Brann) |

## ORDER

### AUGUST 26, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 47) Plaintiff's Third Amended Complaint (Doc. 44) is **GRANTED** with prejudice;

2. Plaintiff's Motion for Extension of time (Doc. 54), Motion to Exceed the 5000 Word Limit (Doc. 55), and Motion for Voluntary Dismissal Without Prejudice (Doc. 57) are **DENIED** as moot; and

3. The Clerk of Court is directed to **CLOSE** the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge