UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2714

CHRISTINE LYNN FINKBEINER,
individually and on behalf of all other similarly situated,
Appellant

v.

GEISINGER CLINIC; GEISINGER MEDICAL CENTER; GEISINGER HEALTH PLAN; GEISINGER LEWISTOWN HOSPITAL; GEISINGER WYOMING VALLEY MEDICAL CENTER; GEISINGER SYSTEM SERVICES; GEISINGER BLOOMSBURG HOSPITAL; GEISINGER COMMUNITY MEDICAL CENTER; GEISINGER POTTSVILLE CANCER CENTER; GEISINGER HAZELTON CANCER CENTER; GEISINGER MAIL ORDER PHARMACY; WEST SHORE ADVANCED LIFE SUPPORT SERVICES INC.; and GEISINGER SYSTEM FINANCIAL EDITS

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 4:21-cv-01903)
District Judge: Honorable Matthew W. Brann

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
On June 9, 2023

Before: HARDIMAN, AMBRO, and FUENTES, *Circuit Judges*

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District Court

for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R.

34.1(a) on June 9, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that this appeal is DISMISSED for lack of jurisdiction. Costs shall be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

                                              ATTEST:

                                              s/ Patricia S. Dodszuweit
                                              Clerk

Dated: September 18, 2023